# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **MYRTLE THOMPSON** | : | Case No. 1:13-cv-00602 |
| | : | |
| **Plaintiff** | : | Judge Timothy S. Black |
| | : | |
| v. | : | |
| | : | **STIPULATION OF DISMISSAL** |
| **DEPUY ORTHOPAEDICS, INC** | : | **WITH PREJUDICE** |
| | : | |
| **Defendant** | : | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties to this action hereby agree and stipulate that the Plaintiff's claims against Defendant DePuy Orthopaedics, Inc. are hereby dismissed with prejudice, with all parties to bear their own costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Melanie S. Bailey | /s/ Jeffrey M. Whitesell |
| Janet G. Abaray (0002943) | Jeffrey M. Whitesell |
| Melanie S. Bailey (0075821) | Tucker Ellis LLP |
| Burg Simpson Eldredge Hersh & Jardine | 950 Main Avenue, Suite 1100 |
| 312 Walnut Street, Suite 2090 | Cleveland, OH 44113 |
| Cincinnati, OH 45202 | 216-592-5000 |
| (513) 852-5600 | Jeffrey.whitesell@tuckerellis.com |
| jabaray@burgsimpson.com | |
| mbailey@burgsimpson.com | Jan M. Carroll |
| *Attorneys for Plaintiffs* | Barnes & Thornburg LLP |
| | 11 South Meridian Street |
| | Indianapolis, IN 46204 |
| | 317-236-1313 |
| | Jan.carroll@btlaw.com |
| | |
| | David L. Ferrera |
| | Nutter McClennen & Fish |
| | 155 Seaport Boulevard |
| | Boston, MA 02210 |
| | 617-439-2247 |
| | DFerrera@nutter.com |
| | *Attorneys for Defendant* |